IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR -11-4286-2-RCC-RCC(GEE) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Gwendolyn Parley, | ) | |
| Defendant. | ) | |

The Court has reviewed the Magistrate Judge's Report and Recommendation, and the Government having no objection to the Motion to Sever,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 58).

**IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Sever (Doc. 40) and defendant Gwendolyn Parley is severed from the co-defendants.

DATED this 27th day of April, 2012.

Raner C. Collins
United States District Judge

*mg*